# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| Shaquita Dean, | : |
| Plaintiff, | : Civil Action No.: 3:17-cv-00056-BJD-JRK |
| v. | : |
| Stellar Recovery, Inc., | : **NOTICE OF SELECTION OF** |
|  | : **MEDIATION DATE AND TIME** |
| Defendant. | : |

Plaintiff, Shaquita Dean ("Plaintiff"), by and through undersigned counsel, pursuant to the Court's sua sponte Order (Doc No. 12) hereby provides Notice of Selection of Mediation Date and Time:

**Mediator:** Terrance E. Schmidt
**Date of Mediation:** November 8, 2017
**Office Location:** 501 Riverside Avenue, Suite 903, Jacksonville, FL 32202
**Telephone:** 904-398-1818

Dated: June 28, 2017

        Respectfully submitted,

        By */s/ Stan Michael Maslona*
        Stan Michael Maslona, Esq.
        Florida Bar. No. 86128
        Lemberg Law, LLC
        43 Danbury Road, 3rd Floor
        Wilton, CT 06897
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424
        smaslona@lemberglaw.com

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on June 28, 2017, a copy of the foregoing was served electronically by CM/ECF system for the Middle District of Florida which will send a notice of electronic filing to the following:

Chelsey Pankratz, Esq.
Alison Emery, Esq.
Assurance Law Group
3731 Hendricks Ave.
Jacksonville, FL 32207
chelsey@assurancelawgroup.com

Dated: June 28, 2017

                                                                                                  */s/ Stan Michael Maslona*
                                                                                                  Stan Michael Maslona, Esq.