## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**SHAQUITA DEAN,**

     **Plaintiff,**

**v.**                                            **Case No. 3:17-cv-56-J-39JRK**

**STELLAR RECOVERY, INC., inclusive
and DOES 1-10, inclusive,**

     **Defendants.**
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal (Doc. No.14; Stipulation) filed on September 29, 2017. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

     **ORDERED**:

     1.     This case is **DISMISSED with prejudice.**

     2.     Each party shall bear its own costs and fees.

     3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

     **DONE and ORDERED** in Jacksonville, Florida this 4th day of October, 2017.

BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record